UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL JACOBY | CIVIL ACTION |
| VERSUS | NO. 05-1837 |
| JO ANNE B. BARNHART<br>COMMISSIONER OF SOCIAL SECURITY<br>ADMINISTRATION | SECTION "S" (3) |

**O R D E R**

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date that neither the plaintiff nor the Government has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Attorneys' Fees [Doc. No. 15] is GRANTED IN PART, *i.e.*, in the total amount of **$3,531.25**.

New Orleans, Louisiana, this __ day __7/17/06__, 2006.

_____
UNITED STATES DISTRICT JUDGE